# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

COGNOSPHERE PTE. LTD.,

          Plaintiff,

v.

JIANUO ZHOU a/k/a HOMDGCAT
and DOES 1-10, inclusive,

          Defendants.

CIVIL ACTION NO. _____

**JURY TRIAL DEMANDED**

## COMPLAINT

Plaintiff Cognosphere Pte. Ltd. ("Cognosphere"), by and through its attorneys, for its Complaint against Defendant Jianuo Zhou a/k/a HomDGCat, alleges as follows:

## INTRODUCTION

1.    Cognosphere is a video game publisher and the owner of the United States copyright in the immensely popular online role-playing games *Genshin Impact* and *Honkai: Star Rail* (the "Cognosphere Games"). The Cognosphere Games, which are played by millions of people around the world, are widely known for their highly original characters, visual art, storylines, gameplay mechanics, and large-scale virtual worlds. To keep the Cognosphere Games fresh and interesting, and to ensure that players remain engaged and excited to play the Cognosphere

Games, Cognosphere spends an enormous amount of time and expense planning, developing and releasing new content for the Games, including through periodic, highly awaited updates, expansions, and events.  As part of its overall business and marketing strategy, Cognosphere keeps the details and nature of its content updates a closely guarded secret until a predetermined time for their official public release.

2.      By this action, Cognosphere seeks redress for, and to put a stop to, a long-running, calculated scheme of misappropriation of Cognosphere's copyrights, trade secrets, and other confidential, proprietary information in and to the Cognosphere Games by Defendant Jianuo Zhou a/k/a "HomDGCat" and those working in concert with him.  Zhou, operating under the online alias "HomDGCat," has built a substantial online following by unlawfully obtaining, and then disseminating to the public, copies of infringing and confidential unreleased content from the Cognosphere Games via his online website www.HomDGCat.wiki (the "HomDGCat Website") and associated social media channels (collectively the "HomDGCat Sites").  Through these activities, Zhou not only has engaged in massive copyright infringement; he also has been knowingly circumventing technological measures designed to prevent unauthorized access to Cognosphere's confidential information and has been actively soliciting third parties to breach their confidentiality obligations to Cognosphere.

2

3.     Zhou knows that his conduct is unlawful and is causing significant and irreparable harm to Cognosphere and its business.  Because of the immense popularity of the Cognosphere Games, Cognosphere undertakes enormous and dedicated efforts to maintain the secrecy of projects it and its business partners have in development, including through internal security protocols and strict non-disclosure agreements.  When confidential information concerning the Cognosphere Games is prematurely disclosed to the public, such disclosure upends Cognosphere's carefully coordinated business and marketing plans.  Details of these plans, and of yet-to-be released content from the Cognosphere Games, are intentionally shielded from Cognosphere's competitors and other industry insiders, who might trade off them to their advantage, as well as from members of the public who might spoil Cognosphere's carefully planned marketing and promotional efforts.  Thus, bad actors such as Zhou know that such secret, unreleased content for the Cognosphere Games has great value which they can exploit for their own benefit.

4.     Cognosphere has incurred significant expense in attempting to remediate the damage caused by Zhou's rampant infringement and disclosure of its trade secrets.  Cognosphere has attempted to resolve this matter informally with Zhou, including by sending cease-and-desist letters through its legal counsel.  Zhou, however, refused to comply with all of Cognosphere's demands, and then purported to absolve himself from responsibility by transferring his online content to others.

Zhou's activities must not only stop in full: the Court should enjoin any further misappropriation and infringement by Zhou, and should award to Cognosphere the full measure of damages and other relief to which it is entitled as a result of Zhou's harmful conduct.

## PARTIES

5.    Cognosphere is a private limited company headquartered in and organized under the laws of Singapore.  Cognosphere sometimes does business under the name "HoYoverse."  Cognosphere is the publisher of, and in the United States owns exclusive rights in and to, the Cognosphere Games.

6.    Cognosphere is informed and believes, and on that basis alleges, that Defendant Zhou is a citizen and national of the People's Republic of China who currently resides in Atlanta, Georgia.  Defendant is the owner and operator of the online website located at www.HomDGCat.wiki.

7.    Cognosphere is informed and believes, and on that basis alleges, that Defendant Does 1 through 10 are individuals whose identities have not yet been confirmed by Cognosphere.  The true names and capacities, whether individual, corporate, associate, or otherwise, of the Doe Defendants, are unknown to Cognosphere, which therefore has sued said Defendants by such aliases and fictitious names.  Cognosphere will seek leave to amend this complaint to state their

true names and capacities once said Defendants' identities and capacities are ascertained.

8.    Cognosphere is informed and believes, and on that basis alleges, that all Defendants sued herein are liable to Cognosphere as a result of their participation in all or some of the acts set forth in this Complaint. (All of the aforementioned Defendants, both Defendant Zhou and the Doe Defendants, are referred to herein collectively as "Defendants").

9.    Cognosphere is informed and believes, and on that basis alleges, that at all times mentioned in this Complaint, each of the Defendants was the agent of each of the other Defendants and, in doing the things alleged in this Complaint, was acting within the course and scope of such agency.

## JURISDICTION AND VENUE

10.    The Court has subject matter jurisdiction pursuant to 28 U.S.C. Sections 1331 and 1338(a) as this action arises under the Copyright Act, 17 U.S.C. § 101 *et seq*. and the Defend Trade Secrets Act, 18 U.S.C. § 1831 *et seq*.  This Court also has diversity jurisdiction over Cognosphere's claims pursuant to 28 U.S.C. § 1332 because Cognosphere's damages from Zhou's conduct exceeds $75,000 and the parties are citizens of different States.  Specifically, Cognosphere is a citizen of Singapore and Zhou is a resident of the State of Georgia.

21380433.1

11.    The Court has personal jurisdiction over Zhou because Cognosphere is informed and believes, and on that basis alleges, that Zhou is a resident of the State of Georgia.  Cognosphere further is informed and believes that Zhou's tortious acts have been substantially committed within the State of Georgia and are causing harm to Cognosphere in the State of Georgia.

12.    Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400 because Cognosphere is informed and believes, and on that basis alleges, that Zhou resides in this judicial district and a substantial part of the events giving rise to Cognosphere's claims occurred in this judicial district.

## FACTUAL ALLEGATIONS

### Cognosphere and the Cognosphere Games

13.    Cognosphere is a video game developer and publisher, known for producing and distributing a catalog of visually compelling, easy-to-learn, and highly engaging free-to-play online video games.  In recent years, Cognosphere and its business partners have created and distributed some of the most popular video games in the world.   Cognosphere's catalog of game franchises includes the immensely popular games *Genshin Impact*, *Honkai: Star Rail*, and *Zenless Zone Zero*, among others.

14.    The Cognosphere Games are two of Cognosphere's most popular video games.  The Cognosphere Games are played by millions of people in the United

6

States and have received immense critical acclaim and dozens of awards, including awards for "Best Mobile Game," "Best Ongoing Game," and Apple's App Store "Game of the Year." The Cognosphere Games are online role-playing games playable on mobile devices (such as iOS and Android devices), game consoles (such as the PlayStation 5), and personal computers.

15.    Each of the Cognosphere Games is set in a different, richly detailed world rendered in a colorful animated style, and each features dozens of richly imagined characters, unique story-telling elements, and fun and compelling game mechanics. *Genshin Impact*, released in 2020, is set in the fantasy world of Teyvat, and is an action-based game with a vast, explorable "open world" environment. *Honkai: Star Rail*, released in 2023, has a science-fiction setting and features "turn-based" (*i.e.,* alternating) combat mechanics. **Figures 1 and 2** below depict the load screens of the initial versions of *Genshin Impact* and *Honkai: Star Rail.*



**Figure 1**: *Genshin Impact* Version 1.0 (2020)

7



**Figure 2**: *Honkai: Star Rail* Version 1.1 (2023)

16.    In both *Genshin Impact* and *Honkai: Star Rail*, players may take on the roles of a variety of different "playable characters," each of which offers a different gameplay experience.  Both of the Cognosphere Games are frequently updated with new characters, settings, and story-telling and gameplay elements, so as to offer a constantly evolving and surprising experience for players.  Each significant update is denoted by a sequential version number.  For example, the most recently released version of *Genshin Impact*, Version 6.3, was released on January 13, 2026, while the most recent version *of Honkai: Star Rail*, Version 3.8, was released on December 16, 2025.

17.    Each successive update of *Genshin Impact* and *Honkai: Star Rail* typically introduces substantial new creative content and gameplay experiences, which receive widespread attention from the public and press.  However, except for certain limited, officially approved "teaser" or trailer content, the details of each

21380433.1

content update deliberately are withheld until the official date of release. Additionally, both *Genshin Impact* and *Honkai: Star Rail* feature periodic, time-limited in-game events, or "event banners"—announced to the public only at pre-determined times— where players can spend in-game currency to obtain time-limited special characters or equipment otherwise not readily accessible within the games.

18.    Attached hereto as **Exhibit 1** is a true and correct list of U.S. copyright registrations for *Genshin Impact* and *Honkai: Star Rail,* including certain registrations for their successive updated game versions.  These copyrights have been registered by Shanghai miHoYo TianMing Technology Co., Ltd. and Shanghai miHoYo Haiyuancheng Technology Co., Ltd. (the "miHoYo Developer"). Cognosphere is the exclusive U.S. licensee of all rights under copyright for both *Genshin Impact* and *Honkai: Star Rail.*

<u>Cognosphere's Efforts to Protect Its Trade Secrets</u>

19.    Cognosphere goes to great lengths to keep its upcoming releases confidential and to prevent unreleased content—including all new updates of *Genshin Impact* and *Honkai: Star Rail*—from being publicly disclosed or "leaked" prior to their official release dates.  Cognosphere does so in order to protect the consumer experience Cognosphere wishes to deliver to the millions of customers of its games.  Doing so also is necessary to protect valuable competitive information

whose premature release to the public can prove damaging to Cognosphere, particularly if such information is obtained and exploited by Cognosphere's competitors.

20.     New, unreleased content that is under development by Cognosphere and its developers is among the company's most important and closely guarded assets.  The Cognosphere Games are the product of years of work by hundreds of people, at a cost of millions of dollars.  Development of video game software often is an uncertain and iterative process.  During this process hundreds or thousands of decisions, small and large, are made, including decisions as to what features, characters, gameplay elements or other content will appear in the final product.

21.     As a part of its development process, and in order to optimize the quality and user experience of its games, Cognosphere engages in confidential pre-release "beta testing" for unreleased games and new game content, including for each successive update of *Genshin Impact* and *Honkai: Star Rail*.  During this process, Cognosphere provides access to test runs of these upcoming game versions, or "beta packages," to users who contractually agree to strict contractual terms to protect the confidentiality of unreleased materials. "Beta packages" include a variety of unreleased and unpublished game information, including numerical data, audiovisual assets, storylines, and characters.  These materials are protected using encryption technologies.  Cognosphere makes very clear to all of its "beta users"

10

that they must maintain the strict confidentiality of any content that they are exposed to during the beta testing process.  Individuals that Cognosphere selects as beta users are required to provide proof of identity, and must sign a "Testing Service Agreement" that contains detailed non-disclosure provisions prohibiting them from disclosing or discussing any unreleased content in any manner.

22.     Alongside development and testing of new content for *Genshin Impact* and *Honkai: Star Rail*, Cognosphere plans and coordinates its business and marketing strategy for announcing each new game version or upcoming in-game events.  Just as with new game versions, details regarding the workings of these special events, or "event banners," and the characters available therein, are kept strictly confidential, and are only revealed to the public on a carefully coordinated timeline.

23.     Because of the immense popularity of the Cognosphere Games, the element of surprise involved in their marketing strategy, and the constant nature of its game-development process, Cognosphere invests a great deal of time and effort into maintaining the absolute secrecy of its in-development projects, including all new content for *Genshin Impact* and *Honkai: Star Rail*.  If new, unreleased content is prematurely "leaked" to the public, this disclosure ruins the experience for dedicated players and destroys Cognosphere's carefully coordinated business plan.

24.    Beyond the beta testing protocols described above, Cognosphere implements a number of internal procedures in order to maintain the secrecy of all projects in development.  These include, but are not limited to, the following:

a) **First**, every person who is provided with access to information concerning confidential, unreleased game content—including Cognosphere employees, contractors, vendors, and even office visitors —must execute a detailed non-disclosure agreement.  This agreement requires the contracting party to maintain the secrecy of any information to which they may be exposed.  These agreements emphasize that information related to upcoming game releases, updates, or in-development content constitute Cognosphere's proprietary trade secrets.

b) **Second**, Cognosphere, together with its business partners, limits access to all game content in development, or that is otherwise unreleased, to those persons who have a verifiable business need for such access.  Not only are Cognosphere's offices restricted to employees and authorized visitors, but developers working on a particular title must work in secure, designated office spaces dedicated to that title.

c) **Third**, all material and information concerning works in development, including updates to *Genshin Impact* and *Honkai: Star Rail*, are stored

on dedicated, secured servers.  This includes a game's source code, artwork, visual and audio assets, test builds, marketing materials, and any other game content.  Servers that store this material are password-protected, and may be accessed only by authorized personnel.  To the extent that developers or other employees are permitted to work remotely, they may only access Cognosphere materials through password-protected secure servers.

d) **Fourth**, when they commence their employment with Cognosphere, and as part of their training and onboarding, all Cognosphere employees are specifically instructed that information concerning in-development, unannounced, or unreleased projects, including unreleased game updates, is highly proprietary, confidential, and/or constitutes trade secrets, and must be kept secure and undisclosed.  Cognosphere's employee handbook sets forth this instruction and identifies the types of behavior that would constitute unauthorized disclosure or mishandling of that information.  All Cognosphere employees thus are aware that such behavior is grounds for immediate termination or other disciplinary action.

e) **Fifth**, Cognosphere takes steps to ensure that its marketing and promotional communications are secure.  Cognosphere employees are

13

strictly forbidden to disclose any information to members of the press, social media influencers, or retailers unless such disclosure has been fully authorized and is part of a coordinated strategy. As noted, vendors such as public relations or advertising agencies, video production companies, or printing companies must execute non-disclosure agreements, and are provided only with limited, pre-approved materials. Vendors also are advised that failure to maintain the confidentiality of proprietary and/or trade-secret materials will subject them to damages and/or injunctive relief and will disqualify them from any future Cognosphere projects.

25. As a result of the foregoing, confidential and proprietary information concerning Cognosphere's projects in-development—including trade secrets concerning the content of future *Genshin Impact* and *Honkai: Star Rail* content—cannot be accessed by members of the public through ***any*** authorized means. Rather, any disclosure of such material necessarily is the result of deliberate misappropriation by an employee, vendor, contractor, or other third party who is aware that the material is a trade secret and is bound by a confidentiality agreement, but has nevertheless decided to breach their obligations to Cognosphere and violate Cognosphere's rights.

21380433.1

The Cognosphere Terms of Service

26.    Cognosphere takes further steps to protect its confidential and proprietary information by explicitly prohibiting users of the Cognosphere Games from infringing Cognosphere's intellectual property rights or exploiting any non-public information or trade secrets without Cognosphere's authorization. Specifically, in order to access, download, or play Cognosphere's games, players must create and register a "Hoyoverse Account."  As part of the account creation process, players must expressly manifest their assent to Cognosphere's "Terms of Service" (the "TOS").  The entire text of the TOS is displayed to players at the time they are asked to assent to its terms.  Cognosphere also makes the TOS permanently available on its website.  A player who declines to assent to the TOS will be unable to create an account and will not be able to play Cognosphere's games.

27.    Cognosphere's TOS imposes various conditions on any user's right to install and use the Cognosphere Games, including *Genshin Impact* and *Honkai: Star Rail*.  These include acknowledgements that users may not:

   a)   "Infringe contractual rights, personal and property rights, intellectual property rights and other rights and interests (including the rights of privacy, publicity or trade secret) of [Cognosphere] or third parties" (TOS §3(b)(iii));

15

b) "[U]se … [Cognosphere's] Services," defined to include the Cognosphere Games, or any "related contents, information, [or] element for a commercial purpose" (TOS §3(b)(vi)); or

c) "Use illegal or inappropriate methods that may interrupt the operation of or otherwise exploit any of [Cognosphere's] Services without authorization" (TOS §3(b)(viii)).

28.    Further, under the Cognosphere TOS, all users must agree to the following provisions:

"Because the [Cognosphere] Services contain our proprietary information, you agree: (i) to hold in the **strictest confidence all code and any technical elements** of the [Cognosphere] Services, ii) **not to copy, reproduce, distribute, manufacture, reveal, report, publish, disclose or otherwise transfer any of our un-public information**, […] and/or (iv) not to … use the [Cognosphere] Services **in any unlawful or infringing manner, bypass, modify, defeat or circumvent[]** … the Digital Rights Management (DRM) solutions used for protection of the [Cognosphere] Services." (TOS §3(d) (emphasis added).)

29.    Cognosphere is informed and believes, and on that basis alleges, that Defendant Zhou possesses one or more Hoyoverse accounts and consented to the Cognosphere TOS.

16

<u>Cognosphere's Efforts to Protect Its Game Software</u>

30.    Cognosphere also expends significant effort to protect the underlying software of the Cognosphere Games from intellectual property thieves and hackers. Such individuals or entities trade off of Cognosphere's innovation and investment by illegally "data mining" confidential, proprietary, and/or trade secret data regarding Cognosphere's yet-to-be-released video games or video game updates, and by disseminating infringing and otherwise illegally obtained content to the public.  Data mining is a practice by which software hackers improperly gain access to protected locations of a software product or remote computer server and extract information or content that is intended to be kept secret or otherwise inaccessible to the public.

31.    In order to halt or stem the unauthorized data mining (and the subsequent distribution) of confidential, proprietary, and/or trade secret data and of unpublished copyrighted materials relating to the Cognosphere Games, Cognosphere encrypts confidential, proprietary, and/or trade secret data in the beta packages used in its game development process.  These encryption protocols are designed to prevent members of the public from accessing software code, audiovisual content, or data that is intended to be kept secret.  Thus, in order to access such material, it is necessary for a user to use specialized decryption or

17

hacking tools or to otherwise circumvent or bypass Cognosphere's encryption technology.

## **DEFENDANT ZHOU'S UNLAWFUL CONDUCT**

32.    Plaintiff is informed and believes, and on that basis alleges, that Zhou is an individual who (since at least 2023) has identified himself using the online alias "HomDGCat."   Using the HomDGCat alias, Zhou has engaged in a sustained, coordinated campaign to steal and publicly disseminate Cognosphere's confidential, trade secret information and unreleased copyrighted materials for upcoming releases and in-game events for *Genshin Impact* and *Honkai: Star Rail*.  Moreover, as further alleged below, Zhou has used the HomDGCat Website to copy, aggregate, and disseminate a large variety of Cognosphere's copyrighted materials.   Despite Cognosphere's multiple attempts to stem his conduct, Zhou built the HomDGCat Sites into a massive compendium of infringing and unlawfully disclosed content.

33.    The primary means by which Defendant has conducted his unlawful activity is via a dedicated website located at www.homdgcat.wiki (the "HomDGCat Website").  The HomDGCat Website serves as a central repository for a collection of unauthorized copies of content and information pertaining to *Genshin Impact* and *Honkai: Star Rail*.  The HomDGCat Website is divided into several sections, including sections described as "Future Info" and "Track Updates," all of which are

accessible from the home page of HomDGCat Website, as illustrated below in **Figure 3**.



**Figure 3**: HomDGCat Website, home page

34.    Cognosphere is informed and believes, and on that basis alleges, that for years Zhou has used the HomDGCat Website to publicly disclose, without authorization, confidential unreleased materials from the Cognosphere Games.

35.    Cognosphere is informed and believes, and on that basis alleges, that Zhou obtained the materials and content used to populate the HomDGCat Website through improper and illegal means.  Specifically, Zhou unlawfully procured copies of beta packages for *Genshin Impact* and *Honkai: Star Rail* releases, including by exhorting participants in Cognosphere's beta testing program to breach their non-disclosure and confidentiality obligations and provide such beta packages to Zhou.  Zhou did so with full knowledge that Cognosphere's beta testers are subject to strict non-disclosure and confidentiality obligations.  For example, on April 19, 2024, Zhou made the following post to the @HomDGCat Telegram channel:



**Figure 4**: Post dated April 19, 2024

36.    Cognosphere is informed and believes, and on that basis alleges, that once in possession of these beta packages, Zhou unlawfully circumvented the technical measures used by Cognosphere to protect its confidential, proprietary, and/or trade secret data or content contained in the beta packages from access and disclosure.  Zhou then routinely posted such materials on the messaging platform Telegram (using the handle @HomDGCat.) As shown in **Figure 5** below, as of December of 2025, the @HomDGCat Telegram channel supported a substantial following, with over 96,000 subscribers; its content amounted to more than 8,000 posts.

21380433.1



**Figure 5**: Telegram channel (as of December 21, 2025)

37.    Cognosphere is informed and believes, and on that basis alleges, that at approximately the same time Zhou published confidential, unreleased information and content to the @HomDGCat Telegram Channel, he also published such material to the HomDGCat Website, at locations often linked to from his Telegram posts. For example, shown in **Figure 6** below is a Telegram post made on or about October 9, 2024, which includes screenshots from, and links to, the HomDGCat Website, and which depicts features of *Genshin Impact* Version 5.2, many weeks before that version's November 20, 2024 release date:



**Figure 6**: Telegram post dated October 9, 2024

38.    Between in or about September 2023 and December 2025, Zhou published and disseminated thousands, if not tens of thousands, of pieces of unreleased content from the Cognosphere Games.  For example, on November 3, 2025, weeks before the official release date of Version 3.8 of *Honkai: Star Rail*, Zhou posted the unreleased, copyrighted content shown at left below (in **Figure 7**)

to the @HomDGCat Telegram account, while linking to the page shown at right on the HomDGCat Website.



**Figure 7**: Post dated November 3, 2024 and web page

39.    In addition to the foregoing, Zhou has copied and disseminated to the public copyrighted artwork for ***all*** of the primary characters and creatures from *Genshin Impact* and *Honkai: Star Rail*.  Representative samples of such content appearing on the HomDGCat Website in January 2026, are illustrated below in **Figures 8 and 9**.

21380433.1



**Figures 8 and 9**: Character Art on HomDGCat Website (January 9, 2026)

21380433.1

40.    Finally, Zhou has copied and disseminated via the HomDGCat Website the **all** of the text and dialogue of *Genshin Impact* and *Honkai: Star Rail*, as reflected in **Figure 10** below.



**Figure 10**: HomDGCat Text+Dialogue Search (December 21, 2025)

41.    Cognosphere has never authorized Zhou to obtain, copy, publish, or disseminate any of the content that he has made available on his Telegram account or on the HomDGCat Website.

42.    Cognosphere is informed and believes, and on that basis alleges, that at all relevant times, Zhou knew or had reason to know that the information and unreleased content he was obtaining, and that he was disclosing through the HomDGCat Sites, constituted trade secrets, was not generally known to the public, and was being appropriated through unlawful means and breaches of non-disclosure obligations.    Indeed, it was precisely because Zhou knew that his conduct was

21380433.1

unlawful that he disclosed it under a pseudonym ("HomDGCat"), hiding his true identity, and using online channels that are not easily traceable. Further, on information and belief, it was precisely because Zhou knew of beta-testers' non-disclosure obligations that he promised them that he would "not know your identity and will not leak the [download] links you give me to anyone else."

43.    Cognosphere is informed and believes, and on that basis alleges, that Zhou knew that the information he published derived its value from not being generally known to the public. It was only because such information was kept a secret that Zhou received attention from the online community, amassing nearly 100,000 followers.

44.    Cognosphere has suffered, and is continuing to suffer significant and irreparable injury from Zhou's misappropriation of its trade secrets and dissemination of its copyrighted content.

a) **First**, Zhou's conduct has negatively impacted public interest and enthusiasm for Cognosphere's "official" announcements, resulting in lost sales or lost publicity for upcoming releases and events.

b) **Second**, Zhou's conduct gives Cognosphere's competitors unfair insight and knowledge about Cognosphere's confidential plans for releases of new game materials and in-game events.

26

c) **Third**, by improperly disclosing Cognosphere's unreleased game materials to the public, and by copying and disseminating substantial portions of the Cognosphere Games through the HomDGCat Sites, Zhou is infringing Cognosphere's exclusive rights under copyright in the Cognosphere Games, including its rights to publish their creative content on its own terms.

45.    Cognosphere has attempted to stop Zhou's harmful conduct without litigation. For example, Cognosphere sent repeated takedown notices requesting that dozens of URLs hosting infringing and otherwise illegal content be disabled or removed. On information and belief, Zhou received and was aware of these notices. However, Zhou has largely ignored these communications and has deliberately refused to stop his unlawful activities.

46.    On December 24, 2025, counsel for Cognosphere sent to Zhou, via multiple e-mail addresses and via Fed Ex, a detailed cease-and-desist letter again setting forth the unlawful and highly damaging nature of his conduct. On December 29, 2025, Zhou responded, stating that he disagreed with Cognosphere's claims and would comply only with "some" of Cognosphere's demands. He did not agree to refrain from his unlawful datamining activities or from improperly soliciting beta packets, and all or nearly all of the materials on the HomDGCat Website remain

21380433.1

available. Zhou's continuing, willful actions have left Cognosphere with no viable option but to file this action.

## COUNT I
## Trade Secret Misappropriation (Defend Trade Secrets Act)
### (Against All Defendants)

47.    Cognosphere incorporates the preceding paragraphs as if fully set forth herein.

48.    The non-public information and unpublished copyrighted materials from yet-to-be-released versions of the Cognosphere Games that Defendant Zhou has posted to the HomDGCat Sites, which the Doe Defendants disclosed to Zhou, including but not limited to undisclosed character artwork, weapon and item designs, and gameplay-related data, constitutes trade secrets of Cognosphere, and/or of Cognosphere's business partners, subject to protection under the Defend Trade Secrets Act, 18 U.S.C. § 1831 *et seq.* ("DTSA").

49.    The aforementioned non-public information and unpublished copyrighted materials disclosed by Zhou are valuable because they are not generally known or readily accessible, through proper means, to others who can profit from their use. Cognosphere has spent significant sums, in terms of both financial and human resources, to develop and maintain this information, which would be of great value to any competitor.

28

50.    The aforementioned non-public information and unpublished copyrighted materials disclosed by Zhou are related to products or services used in, or intended for use in, interstate commerce.

51.    Cognosphere takes and, at all times relevant hereto, has taken reasonable measures to maintain the confidential and secret nature of the aforementioned non-public information and unpublished content.   Those steps include: (a) restricting availability of certain confidential information to key employees and authorized individuals such as beta testers; (b) physical security measures to protect against the disclosure of sensitive materials to third parties; and (c) IT security measures, such as password protection for all computers and segregation of certain files so that only employees with a need to access the files can do so.

52.    Defendants foregoing conduct constitutes actual and threatened misappropriation and misuse of Cognosphere's trade secret information in violation of the DTSA.

53.    As a direct and proximate result of Defendants' misappropriation of Cognosphere's trade secrets, Cognosphere has suffered irreparable harm and will continue to suffer irreparable harm that cannot be adequately remedied at law unless Defendants are enjoined from engaging in any further acts of misappropriation and

from continued possession in any form of trade secret information belonging to Cognosphere.

54.    As a direct and proximate result of Defendants' misappropriation, Cognosphere has suffered and/or will suffer damages and irreparable harm, and is entitled to all damages, attorneys' fees, costs and remedies permitted under the DTSA.

55.    Each of the acts of misappropriation, as alleged herein, was done intentionally and maliciously by Defendants, thereby entitling Cognosphere to exemplary damages to be proved at trial and recovery of its attorneys' fees.

## COUNT II
## Trade Secret Misappropriation (Georgia Trade Secrets Act)
### (Against All Defendants)

56.    Cognosphere incorporates the preceding paragraphs as if fully set forth herein.

57.    The non-public information and unpublished copyrighted materials from yet-to-be-released versions of the Cognosphere Games that Defendant Zhou has posted to the HomDGCat Sites, which the Doe Defendants disclosed to Zhou, including but not limited to undisclosed character artwork, weapon and item designs, and gameplay-related data, constitutes trade secrets of Cognosphere, and/or of Cognosphere's business partners, subject to protection under the Georgia Trade Secrets Act, O.C.G.A. § 10-1-760 *et seq.* ("GTSA").

58.    The aforementioned non-public information and unpublished copyrighted materials disclosed by Zhou are valuable because they is not generally known or readily accessible, through proper means, to others who can profit from their use.  Cognosphere has spent significant sums, in terms of both financial and human resources, to develop and maintain this information, which would be of great value to any competitor.

59.    The aforementioned non-public information and unpublished copyrighted materials disclosed by Zhou are related to products or services used in, or intended for use in, interstate commerce.

60.    Cognosphere takes and, at all times relevant hereto, has taken reasonable measures to maintain the confidential and secret nature of the aforementioned non-public information and unpublished content.  Those steps include: (a) restricting availability of certain confidential information to key employees and authorized individuals such as beta testers; (b) physical security measures to protect against the disclosure of sensitive materials to third parties; and (c) IT security measures, such as password protection for all computers and segregation of certain files so that only employees with a need to access the files can do so.

21380433.1

61.    Defendants' foregoing conduct constitutes actual and threatened misappropriation and misuse of Cognosphere's trade secret information in violation of the GTSA.

62.    As a direct and proximate result of Defendants' misappropriation of Cognosphere's trade secrets, Cognosphere has suffered irreparable harm and will continue to suffer irreparable harm that cannot be adequately remedied at law unless Defendants are enjoined from engaging in any further acts of misappropriation and from continued possession in any form of trade secret information belonging to Cognosphere.

63.    As a direct and proximate result of Zhou's misappropriation, Cognosphere has suffered and/or will suffer damages and irreparable harm, and is entitled to all damages, attorneys' fees, costs and remedies permitted under the GTSA.

64.    Each of the acts of misappropriation, as alleged herein, was done maliciously by Zhou, thereby entitling Cognosphere to exemplary damages to be proved at trial and recovery of its attorneys' fees.

### COUNT III
### Copyright Infringement
### (Against Defendant Zhou)

65.    Cognosphere incorporates the preceding paragraphs as if fully set forth herein.

32

66.     Cognosphere is the owner of exclusive rights under copyright in the United States in and to the Cognosphere Games, including with respect to the valid and registered copyrights identified in the attached Exhibit 1.

67.     Zhou has reproduced and distributed Cognosphere's copyrighted content from the Cognosphere Games, including by copying and posting such content on Zhou's Telegram channel and on the HomDGCat Website.

68.     Zhou's reproduction and use of this content violates Cognosphere's exclusive rights under 17 U.S.C. §§ 106 and 501.

69.     Cognosphere is informed and believes, and based thereon alleges, that Zhou's infringing acts were, and continue to be, committed willfully and knowingly.

70.     As a direct and proximate result of Zhou's copyright infringement as alleged above, Cognosphere has suffered and will continue to suffer injury and damage in an amount to be determined at trial.  Furthermore, Cognosphere is informed and believes, and based thereon alleges, that Zhou has received or will receive profits, gains, or other benefits from his infringing activities, all of which should be disgorged to Cognosphere.  In the alternative, Cognosphere reserves the right to elect statutory damages of up to $150,000 for Zhou's willful infringement of each of its copyrighted works.

71.    Zhou's infringement of Cognosphere's copyrighted works has caused and will cause irreparable harm to Cognosphere which cannot be fully compensated by money.

72.    Cognosphere has no adequate remedy at law. Therefore, in addition to monetary damages, Cognosphere is entitled to preliminary and permanent injunctive relief preventing Zhou and all persons acting in concert with him from continuing to infringe Cognosphere's copyrighted works.

73.    Cognosphere has and will incur attorneys' fees in pursuing this action which Cognosphere is entitled to recover from Zhou, pursuant to 17 U.S.C. § 505.

**COUNT IV**
**Circumvention of Technological Measures in Violation of 17 U.S.C.**
**§ 1201(a)(1) (DMCA)**
**(Against Defendant Zhou)**

74.    Cognosphere incorporates the preceding paragraphs as if fully set forth herein.

75.    Section 1201(a)(1)(A) of the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1201(a)(1)(A), prohibits the circumvention of a technological measure that effectively controls access to a work protected by the Copyright Act.

76.    Cognosphere's technological protection measures, including the encryption in its "beta packages," each are effective and control access to works protected by the Copyright Act.

34

77.     Cognosphere is informed and believes, and based thereon alleges, that after illegally obtaining copies of Cognosphere's "beta packages," Defendant engaged in acts of circumvention of Cognosphere's technological protection measures, prohibited by Section 1201(a)(1) of the DMCA.

78.     Each act of circumvention constitutes a violation of 17 U.S.C. § 1201 for which Cognosphere is entitled to damages under 17 U.S.C. § 1203(c), and injunctive relief under § 1203(b)(1).

79.     Zhou's acts are willful, intentional, purposeful, and in disregard of and indifferent to the rights of Cognosphere.

80.     As a direct and proximate result of Zhou's violations of 17 U.S.C. § 1201, Cognosphere is entitled to the maximum statutory damages, pursuant to 17 U.S.C. § 1203(c)(3)(A), in the amount of $2,500 with respect to each act of circumvention, or such other amounts as may be proper under 17 U.S.C. § 1203(c). In the alternative, pursuant to 17 U.S.C. § 1203(c)(2), Cognosphere is entitled to its actual damages, as well as to Zhou's profits from these violations, in amounts to be proven at trial.

81.     Cognosphere is entitled to its costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 1203(b).

21380433.1

82.    Zhou's conduct has caused and, unless enjoined by this Court, will continue to cause Cognosphere great and irreparable injury for which there is no adequate remedy at law.

83.    Pursuant to 17 U.S.C. § 1203(b)(1), Cognosphere is entitled to permanent injunctive relief prohibiting Zhou and his agents from engaging in further acts of unlawful circumvention.

## COUNT V
### Breach of Contract
**(Against All Defendants)**

84.    Cognosphere incorporates the preceding paragraphs as if fully set forth herein.

85.    Cognosphere is informed and believes, and on that basis alleges, that at all relevant times Cognosphere and the Doe Defendants were parties to valid and binding non-disclosure and confidentiality agreements (the "Agreements"), and that such Agreements expressly restricted the Doe Defendants from disclosing account information or related materials from Cognosphere's beta testing programs, and from disclosing any proprietary and confidential Cognosphere information, including any information concerning Cognosphere game products in development or that had not yet been announced.

86.    Cognosphere has fully performed its obligations under the Agreements at all relevant times in good faith.

36

87.    Cognosphere is informed and believes, and on that basis alleges, that the Doe Defendants have materially breached the Agreements, including by disclosing the information described herein to Zhou—including account information or like materials disclosed with the purpose of allowing Zhou means to access to the content, features, specifications, and release windows for Cognosphere products in development.

88.    As a direct and proximate result of the Doe Defendants' material breaches of the Agreements, Cognosphere has suffered and continues to suffer damages in an amount to be determined at trial.

89.    Further, Cognosphere is informed and believes, and on that basis alleges, that the Doe Defendants are continuing and will continue to breach their Agreements.  By reason of the ongoing breaches, Cognosphere has suffered and will suffer significant and irreparable harm.  Cognosphere has no adequate remedy at law, and is entitled to injunctive relief enjoining the Doe Defendants from further breaching the Agreements.

90.    Additionally, all Defendants, including Zhou, have breached Cognosphere's TOS, which each of them agreed to be bound by when obtaining a "Hoyoverse Account" in order to play Cognosphere's games.

91.    Cognosphere's TOS constitutes a valid and enforceable contract between Cognosphere and Defendants.

21380433.1

92.     Cognosphere has performed all actions required on its part to be performed under the TOS and is in no manner or respect in breach thereof.

93.     Defendants have materially breached the terms of the TOS, including, but not limited to, as follows:

a) Defendants used Cognosphere's intellectual property, including its copyrights, in breach of Section 3(b)(iii).

b) Defendants used the services within Cognosphere's games or related contents, information, or elements for a commercial purpose, in breach of Section 3(b)(vi).

c) Zhou used illegal or inappropriate methods that exploited the services within Cognosphere's games without authorization, including but not limited to extracting source code or "hacking" or "cracking" any encrypted material in Cognosphere's games, in breach of Section 3(b)(viii).

94.     As a direct and proximate result of Defendants' conduct, Cognosphere has suffered and is entitled to monetary damages in an amount to be proven at trial.

## COUNT VI
### Tortious Interference With Contractual Relations
### (Against Defendant Zhou)

95.     Cognosphere incorporates the preceding paragraphs as if fully set forth herein.

21380433.1

96.     As described herein, in order to participate in Cognosphere's "beta testing" programs, prospective "beta testers" first must assent to the Agreements, including their strict non-disclosure and confidentiality provisions.  In addition, any users of the Cognosphere Games are required to comply with the TOS, in particular as those terms relate to the infringement, misappropriation, and/or unauthorized exploitation of Cognosphere's intellectual property.

97.     Cognosphere's contracts with its users are valid and enforceable.

98.     Zhou is a stranger to Cognosphere's contracts with its users.

99.     In order to populate the HomDGCat website, Zhou unlawfully procured copies of beta packages for *Genshin Impact* and *Honkai: Star Rail* releases, including by exhorting participants in Cognosphere's beta testing program to breach their contractual obligations and provide such beta packages to Zhou.  Zhou did so with full knowledge that Cognosphere's beta testers are subject to strict non-disclosure and confidentiality obligations.

100.    By inducing Cognosphere's users to breach their contracts with Cognosphere, Zhou has wrongfully interfered, and continues to interfere, with the contracts between Cognosphere and its users.

101.    Through his wrongful conduct, Zhou has acted improperly and without privilege.

102.   Through his wrongful conduct, Zhou has acted with purpose and malice.

103.   As a direct and proximate result of Zhou's wrongful actions, Cognosphere has suffered damages in an amount to be proven at trial, including but not limited to a loss of goodwill among users of Cognosphere's games, diversion of Cognosphere's resources to attempt to detect and prevent the unauthorized use of unreleased materials from the Cognosphere Games on Zhou's platforms, and decreased profits.

104. Zhou's   intentional   interference   with   the   contracts   between Cognosphere and its licensed users in the United States entitles Cognosphere to injunctive relief, compensatory damages, and other available relief.

105.   As a direct and proximate result of Zhou's aforementioned wrongful conduct, Cognosphere has suffered and is entitled to monetary damages in an amount to be proven at trial.

106.   Zhou's actions showed willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of conscious indifference to consequences and Cognosphere, in addition to its actual damages, by reason thereof, is entitled to recover exemplary and punitive damages against Zhou.

21380433.1

## COUNT VII
## Attorneys' Fees, O.C.G.A. § 13-6-11
### (Against All Defendants)

107.    Cognosphere incorporates the preceding paragraphs as if fully set forth herein.

108.    Defendants have acted in bad faith, have been stubbornly litigious, or have caused Cognosphere unnecessary trouble and expense.

109.    Cognosphere has incurred attorneys' fees and expenses in connection with having to file and pursue its claims in this action.

110.    Cognosphere is therefore entitled to an award of attorneys' fees, costs, and expenses of litigation in accordance with O.C.G.A. § 13-6-11, all in an amount to be determined.

## REQUEST FOR RELIEF

WHEREFORE, based on the foregoing, Cognosphere respectfully requests this Court grant the following relief:

A.      Requiring Zhou to shut down all HomDGCat Sites, including without limitation the HomDGCat Website and any other social media accounts, communication platforms, e-commerce websites, and any other platforms or vehicles used by Zhou to disseminate Cognosphere's copyrighted, confidential, proprietary, and/or trade secret information that he has illegally obtained;

21380433.1

B.     Preliminarily and permanently enjoining Zhou, his officers, employees, agents, subsidiaries, representatives, distributors, dealers, members, affiliates, and all persons acting in concert or participation with Zhou from any further use of circumvention technology and/or any further breaches of, or inducements to breach, Cognosphere's Agreements and TOS;

C.     Preliminarily and permanently enjoining all Defendants from any and all actions serving to unlawfully disclose Cognosphere's copyrighted, confidential, propriety, or trade secret information, and/or to breach or induce breach of contractual obligations to which Cognosphere is a party;

D.     Awarding Cognosphere costs and attorneys' fees incurred as a result of Defendants' malicious violation of the DTSA and GTSA;

E.     Awarding Cognosphere exemplary damages for Defendants' malicious violation of the DTSA and GTSA;

F.     Awarding Cognosphere actual or maximum statutory damages for Zhou's violation of Section 501 of the Copyright Act, as appropriate, pursuant to 17 U.S.C. § 504;

G.     Awarding Cognosphere actual or maximum statutory damages for Zhou's violation of Section 1201 of the DMCA, as appropriate, pursuant to 17 U.S.C. § 1203(c);

H.    Awarding Cognosphere damages against all Defendants on Cognosphere's cause of action for breach of contract;

I.    Awarding Cognosphere compensatory, exemplary, and punitive damages against Zhou on Cognosphere's cause of action for tortious interference with contractual relations;

J.    Awarding Cognosphere its full costs and attorneys' fees in this action pursuant to 17 U.S.C. § 1203(b), 17 U.S.C. § 505, and other applicable laws, including O.C.G.A. § 13-6-11;

K.    Awarding such other and further relief as this Court may deem just, equitable, and appropriate under the circumstances.

## **<u>DEMAND FOR JURY TRIAL</u>**

Cognosphere demands a trial by jury on all issues so triable.


** Signatures on next page **

DATED: February 5, 2026        Respectfully submitted,

WEINBERG WHEELER HUDGINS GUNN & DIAL LLC


By: *Aaron B. Chausmer*
    Nicholas P. Panayotopoulos
    Georgia Bar No. 560679
    Aaron B. Chausmer
    Georgia Bar No. 119998
    3344 Peachtree Road, NE
    Suite 2400
    Atlanta, GA 30326
    T: (404) 876-2700
    F: (404) 875-9433
    NPanayo@wwhgd.com
    achausmer@wwhgd.com

MITCHELL SILBERBERG & KNUPP LLP

Marc E. Mayer (SBN 190969)
(*Pro Hac Vice* Application forthcoming)
James D. Berkley  (SBN 347919)
(*Pro Hac Vice* Application forthcoming)
Constance C. Kang  (SBN 341622)
(*Pro Hac Vice* Application forthcoming)
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100
mem@msk.com
jdb@msk.com
cck@msk.com

*Attorneys for Plaintiff*
*COGNOSPHERE PTE. LTD.*

44

## RULE 5.1 CERTIFICATE OF TYPE, FORMAT, AND FONT SIZE

Pursuant to Local Rule 5.1 of the United States District Court for the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer processed, double-spaced between lines, and prepared with 14-point Times New Roman font.

*/s/ Aaron B. Chausmer*
Aaron B. Chausmer
Georgia Bar No. 119998

21380433.1